UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA MCDANIEL,

    Plaintiff,

v.

    Case No. 1:24-cv-133

    Hon. Hala Y. Jarbou

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

On January 21, 2025, Magistrate Judge Vermaat issued a Report and Recommendation (R&R) recommending that the Court affirm the Administrative Law Judge's decision to deny Plaintiff's request for Supplemental Security Income. (ECF No. 13.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on February 4, 2025. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 13) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will issue in accordance with this order.

Dated: February 25, 2025          /s/ Hala Y. Jarbou
                                                   HALA Y. JARBOU
                                                   CHIEF UNITED STATES DISTRICT JUDGE